**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00282-CV

**THE LAS COLONITAS CONDOMINIUM ASSOCIATION, INC., Appellant**

**V.**

**FORTUNE EZEOHA, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01439**

## ORDER

Before the Court is appellant's March 31, 2014 unopposed motion requesting a thirty-day extension of time to file a supplemental clerk's record containing a judgment nunc pro tunc. We **GRANT** the motion **TO THE EXTENT** that the supplemental clerk's record shall be filed on or before **APRIL 16, 2014**.

The reporter's record is past due. Accordingly, we **ORDER** Renee Carroll, Official Court Reporter for the 116th Judicial District Court of Dallas County, Texas, to file **ON OR BEFORE APRIL 30, 2014**, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification of no*

*request or no payment, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Tonya Parker, Judge of the 116th Judicial District Court, Renee Carroll, and all counsel of record.

/s/    ADA BROWN
       JUSTICE